United States District Court
Southern District of Texas
**ENTERED**
February 16, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **VINDUSTRIALIST LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-2827 |
| | § | |
| **WILMINGTON SAVING FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE ON BEHALF OF ANTLR MORTGAGE LOAN TRUST 2021-RTL1,** | § § § § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Pending before this Court is a Motion for Summary Judgment filed by Defendant Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Owner Trustee on Behalf of ANTLR Mortgage Loan Trust 2021-RTL1. ECF No. 8. This Court referred the Motion to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On January 29, 2024, Judge Palermo issued a Report and Recommendation on Defendant's Motion for Summary Judgment, recommending that the Motion be granted. ECF No. 20. The time for filing objections has passed, and no objections were filed.

The Court has reviewed the Report and Recommendation for plain error. *See Quinn v. Guerrero*, 863 F.3d 353, 358 (5th Cir. 2017). Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 8) is hereby **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 16th day of February, 2024.

                                          KEITH P. ELLISON
                                          UNITED STATES DISTRICT JUDGE